UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re Bakery and Confectionery Union and           :     **ORDER**
Industry International Pension Fund Pension Plan   :     11 CV 1471 (VB)
--------------------------------------------------------------x
SALVADOR MARTINEZ, et al.,                         :
        Plaintiffs,                            :
                                                  :
v.                                                 :
                                                  :
THE BAKERY & CONFECTIONERY UNION                   :     11 CV 9203 (VB)
& INDUSTRY INTERNATIONAL PENSION                   :
FUND and BAKERY & CONFECTIONARY                    :
UNION AND INDUSTRY INTERNATIONAL                   :
PENSION FUND BOARD OF TRUSTEES,                    :
        Defendants.                            :
--------------------------------------------------------------x
RONALD BLACKWELL, et al.,                          :
        Plaintiffs,                            :
                                                  :
v.                                                 :
                                                  :     12 CV 141 (VB)
THE BAKERY & CONFECTIONERY UNION                   :
& INDUSTRY INTERNATIONAL PENSION                   :
FUND, et al.,                                      :
        Defendants.                            :
--------------------------------------------------------------x
PHILLIP G. SCOTT and TERRY WAYNE                   :
FINCH, individually and as representatives on      :
behalf of a class of similarly situated persons,   :
        Plaintiffs,                            :
                                                  :     12 CV 142 (VB)
v.                                                 :
                                                  :
THE BAKERY & CONFECTIONERY UNION                   :
& INDUSTRY INTERNATIONAL PENSION                   :
FUND, et al.,                                      :
        Defendants.                            :
--------------------------------------------------------------x

1

```
-----------------------------------------------------------x
TERRY MOORE,                                               :
                        Plaintiff,                         :
                                                           :
v.                                                         :     12 CV 913 (VB)
                                                           :
THE BAKERY & CONFECTIONERY UNION                           :
& INDUSTRY INTERNATIONAL PENSION                           :
FUND and BAKERY & CONFECTIONARY                            :
UNION AND INDUSTRY INTERNATIONAL                           :
PENSION FUND BOARD OF TRUSTEES,                            :
                        Defendants.                        :
-----------------------------------------------------------x
```

After consultation with counsel at a telephone conference today, it is hereby ORDERED:

1. Plaintiffs shall file their applications for attorneys' fees by September 8, 2014;

2. Defendants shall file their opposition papers by October 17, 2014; and

3. Plaintiffs shall file their replies by November 10, 2014.

Dated: August 1, 2014
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge